# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

JASON C. DODGE,

    Plaintiff,

v.

BNSF RAILWAY COMPANY a Delaware corporation,

    Defendant.

**Case No.** C08-5542 JKA

ORDER GRANTING PROTECTIVE ORDER

This matter comes before the court on Plaintiff's Motion for Protective Order or in the Alternative a Temporary Restraining Order. The court has considered all materials submitted in support of and in response to said motion as well as the files and records herein.

The facts giving rise to this motion appear to be undisputed (Pl. Motion, pp3-4; Def. Response, p2; Pl. Reply, pp1-2).

Plaintiff calls this court's attention to the ruling of the Honorable Marsha J. Pechman in the matter of *Litowitz v. BNSF Railway Company*, C07-993, Western District of Washington. Although the defendant, BNSF, argues that the facts are distinguishable, a review of the *Litowitz* materials reveals no meaningful distinction relevant to the issue before the court.

Though not binding on this court the ruling of Judge Pechman in *Litowitz* fairly and articulately considers the competing interests of the parties, the Federal Rules of Civil Procedure, and the Railway Labor Act. By this reference the court incorporates the rationale set forth in

Order - 1

*Litowitz v. BNSF* Railway and enters the following Protective Order.

1. BNSF may not seek information from Plaintiff Dodge regarding his FELA claim except through the procedures set forth in the Federal Rules of Civil Procedure.

2. BNSF may not contact Plaintiff except through counsel. BNSF may not conduct any form of examination or interrogation of Plaintiff outside the presence of his attorneys.

3. Although the court is advised that BNSF cancelled the investigation to develop the facts of the accident and assess fault (though proceeding with a fraud investigation against plaintiff) nothing in this order is intended to preclude the continuation or renewal of such investigation. BNSF may not, however, have access to Plaintiff in doing so. Thus, BNSF may not require Plaintiff to appear, testify, or submit to cross-examination at any internal railroad investigation arising out of or related to the incident of June 25, 2008, during the pendency of this litigation.

Dated this 7th day of October 2008.

*/s/ J. Kelley Arnold*
J. Kelley Arnold
U.S. Magistrate Judge

Order - 2