**The Honorable J. Kelley Arnold**

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| JASON C. DODGE | ) |
| Plaintiff, | ) **Case No. 08-5542 JKA** |
| vs. | ) **STIPULATION AND ORDER TO ADJUST DEADLINES** |
| BNSF RAILWAY COMPANY, a Delaware Corporation, | ) NOTE ON MOTION CALENDAR: September 18, 2009 |
| Defendant. | ) |

Plaintiff Jason Dodge and defendant BNSF Railway Company respectfully stipulate and request this Court enter an Order adjusting the deadlines for expert disclosures, discovery cutoff, and deadline to file dispositive motions as specified below.

## **BACKGROUND**

The Court has ordered completion of discovery in this case by February 14, 2010. *See* Dkt. 22 (*Scheduling Order*, dated December 17, 2008) ("Scheduling Order"). That February 14th discovery deadline falls approximately one month before the parties' expert disclosures are due (March 16, 2010) and two months before the parties' expert rebuttal disclosures are due (April

**STIPULATION AND ORDER TO ADJUST DEADLINES** - 1

Montgomery Scarp MacDougall, PLLC
1218 Third Avenue, Suite 2700
Seattle, WA 98101
TEL: 206-625-1801

15, 2010). Similarly, the deadline to file dispositive motions falls on the same date primary expert reports are due (March 16, 2010), and approximately 30 days *before* rebuttal expert disclosures are due. To "secure the just, speedy, and inexpensive determination" of this case as required by Fed. R. Civ. Pro. 1, Dodge and BNSF stipulate and respectfully request that the deadlines for disclosure of expert and rebuttal witnesses, discovery cutoff, and filing dispositive motions be adjusted as follows:

| Event | Current schedule | Proposed schedule |
| --- | --- | --- |
| Disclosure of Expert Witnesses | **March 16, 2010** (per CR 26(a)(2)) (90 days before trial) | **February 16, 2010** (118 days before trial) |
| Disclosure of Rebuttal Witnesses | **April 15, 2010** (per CR 26(a)(2)) (60 days before trial) | **March 10, 2010** (96 days before trial) |
| Discovery Cut-off | **February 14, 2009** (120 days before trial) | **April 2, 2010** (73 days before trial) |
| Last Date to File Dispositive Motions | **March 16, 2010** (90 days before trial) | **April 8, 2010** (66 days before trial) |
| Trial | **June 14, 2010** | **June 14, 2010** |

## **ARGUMENT**

The Federal Rules of Civil Procedure require a party to make its expert disclosure(s) "at the times and in the sequence that the court orders." Fed.R.Civ.Pro. 26(a)(2)(C). The Western District's Local Civil Rules provide that although 120 days before trial is the typical baseline for discovery cutoff, the court may adjust that date. *See* CR 16(f). Similarly, 90 days before trial is the standard deadline to file dispositive motions "unless otherwise ordered by the court." CR 16(g). A party may request that the court adjust scheduling deadlines pursuant to Fed.R.Civ.Pro. 6(b), which states that "the court may, for good cause, extend the time" if "a request is made, before the original time . . . expires. . . ."

**STIPULATION AND ORDER TO ADJUST DEADLINES** - 2

Both parties believe good cause exists to schedule the expert disclosures prior to the discovery cutoff and last date to file dispositive motions. First, it would be unfairly prejudicial to force either party to depose the other party's expert(s) before the deponent produces his or her expert report. For all intents and purposes, the deponent could simply refuse to analyze the information or render an opinion until after the discovery deadline passes. As a result, the parties will not have an opportunity to meaningfully depose their respective experts prior to trial. Second, the parties will not be able to file dispositive motions based on those expert disclosures. Finally, the parties would be potentially required to offer premature or incomplete opinions or responses during the course of regularly-conducted discovery.

For those reasons, BNSF and Nelson respectfully request the court adjust the Scheduling Order: Disclosure of Expert Witnesses on February 16, 2010; Disclosure of Rebuttal Witnesses on March 10, 2010; Date for Completion of Discovery on April 2, 2010; and Last Date to File Dispositive Motions on April 8, 2010.

DATED this 18th day of September, 2009.

| __s/William Jungbauer_____ | _s/Tom Montgomery_____ |
|---|---|
| William G. Jungbauer | Tom Montgomery |
| Don C. Aldrich | Tobias Kammer |
| Attorneys for Plaintiff | Attorneys for Defendant, BNSF Railway |
| Yaeger, Jungbauer & Barczak, PLC | Montgomery Scarp MacDougall, PLLC |
| 745 Kasota Avenue | 1218 3rd Ave, Ste 2700 |
| Minneapolis, MN 55414 | Seattle, WA 98101-3237 |
| (612) 333-6371 Fax: (612) 333-3619 | (206) 625-1801 Fax: (206) 625-1807 |

**STIPULATION AND**
**ORDER TO ADJUST DEADLINES** - 3

**Montgomery Scarp MacDougall, PLLC**
1218 Third Avenue, Suite 2700
Seattle, WA 98101
TEL: 206-625-1801

**ORDER**

IT IS SO ORDERED.

DATED this 21st of September, 2009.

*[signature]*

J. Kelley Arnold
United States Magistrate Judge

**STIPULATION AND
ORDER TO ADJUST DEADLINES** - 4

**Montgomery Scarp MacDougall, PLLC**
1218 Third Avenue, Suite 2700
Seattle, WA 98101
TEL: 206-625-1801