```
_____ FILED _____ LODGED
_____ RECEIVED
JUN 28 2010
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                      DEPUTY
```

JUDGE J. KELLY ARNOLD

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JASON C. DODGE, | Case No. C08-5542-JKA |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL WITH PREJUDICE AND PROPOSED ORDER** |
| BNSF RAILWAY COMPANY, a Delaware corporation | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective undersigned attorneys, that the above-captioned causes of action has been settled and should be dismissed with prejudice and without cost or fees to either party.

Dated: 6/23/2010

By: /s/ Karl Frisinger
Karl J. Frisinger, *admitted pro hac vice*
William G. Jungbauer, *admitted pro hac vice*
Don C. Aldrich, admitted pro hac vice
745 Kasota Avenue
Minneapolis, MN 55414
(612) 333-6371 Fax: (612) 333-3619
Attorneys for Plaintiff

Dated: 6/23/2010

By: /s/ Tom Montgomery
Tom Montgomery, WSBA 19998
Jeremy Rogers, WSBA 36292
Montgomery Scarp MacDougall, PLLC
1218 3rd Ave, Ste 2700
Seattle, WA 98101-3237

Stip. for Dismissal w/Proposed Order
Page 1

YAEGER, JUNGBAUER &
BARCZAK, PLC
745 Kasota Avenue
Minneapolis, MN 55414
(612) 333-6371

# ORDER

Based upon the foregoing stipulation, it is ORDERED that the above-entitled cause is hereby dismissed with prejudice and without cost or fees to either party.

DATED this 28 day of June, 2010.

_____
J. Kelly Arnold, U.S. Magistrate Judge

Stip. for Dismissal w/Proposed Order
Page 2

YAEGER, JUNGBAUER &
BARCZAK, PLC
745 Kasota Avenue
Minneapolis, MN 55414
(612) 333-6371

**CERTIFICATE OF SERVICE**

I am over the age of 18; and not a party to this action. I am an employee of Yaeger, Jungbauer & Barczak, PLC, whose address is 745 Kasota Avenue, Minneapolis, MN 55414.

I hereby certify that a true and complete copy of the foregoing STIPULATION AND ORDER FOR DISMISSAL has been filed in the appropriate court and delivered via U. S. Mail to the following interested parties:

Tom Montgomery
Jeremy Rogers
Montgomery Scarp MacDougall, PLLC
1218 3rd Ave, Ste 2700
Seattle, WA 98101-3237

I declare under penalty under the laws of the State of Minnesota that the foregoing information is true and correct.

DATED this 23rd day of June, 2010, at Minneapolis, Minnesota.

_____
Julie Senske, Legal Assistant

Stip. for Dismissal w/Proposed Order
Page 3

YAEGER, JUNGBAUER &
BARCZAK, PLC
745 Kasota Avenue
Minneapolis, MN 55414
(612) 333-6371